■ In the Matter of EAGLE INSURANCE COMPANY, Appellant, v MARION SCHUYLER, Respondent, and LIBERTY MUTUAL INSURANCE COMPANY, Proposed Additional Respondent. [662 NYS2d 274] —In a proceeding pursuant to CPLR article 75 to stay arbitration of an uninsured motorist claim, the petitioner appeals from an order of the Supreme Court, Nassau County (Alpert, J.), dated April 29, 1996, which denied its motion for reargu-

ment of its prior application for a permanent stay of arbitration.

Ordered that the appeal is dismissed, without costs or disbursements, as no appeal lies from an order denying reargument. Miller, J. P., Thompson, Joy and Luciano, JJ., concur.